# UNITED STATES DISTRICT COURT

Southern District of Illinois

FILED
FEB 16 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Christopher Campbell | |

Case No. 4:02CR40078-20-JPG

USM No. 05885-025

Patricia J. Koprucki
_Defendant's Attorney_

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  as alleged below  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | Defendant committed offense of Seat Belt Required | 04/15/2011 |
| Statutory | Defendant unlawfully possess a controlled substance, Synthetic Cannabis, otherwise known as K2. | 11/10/2011 |
| Standard # 2 | Defendant failed to submit truthful reports | 01/30/2011 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6200

Defendant's Year of Birth: 1971

City and State of Defendant's Residence:
Mt. Vernon, IL 62864

02/16/2012
Date of Imposition of Judgment

_Signature of Judge_

J. Phil Gilbert     District Judge
Name and Title of Judge

February 16, 2012
Date

DEFENDANT: Christopher Campbell
CASE NUMBER: 4:02CR40078-20-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 9 | The defendant associated with a convicted felon | 11/10/2011 |
| Standard #11 | The defendant failed to notify probation of being questioned by police | 11/10/2011 |
| Special | Defendant consumed alcohol while enrolled in program of substance abuse treatment. | 11/10/2011 |
| Special | The defendant used alcohol | 11/15/2011 |

DEFENDANT: Christopher Campbell
CASE NUMBER: 4:02CR40078-20-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

54 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL